IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JORGE A. LARA-VEGA,<br>              Appellant,<br>                    vs.<br>SELECT PORTFOLIO SERVICING,<br>INC.,<br>              Respondent. | No. 70739 |

FILED

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a petition for judicial review of a foreclosure mediation. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Respondent has filed a motion to dismiss the appeal on the ground that appellant is not an aggrieved party. The district court denied respondent's petition for judicial review on the ground that respondent acted in bad faith and failed to produce mandatory documents at the mediation. Appellant submitted an untimely response to the motion to dismiss that was returned unfiled. Appellant then filed a response to respondent's motion for a third extension of time to file the answering brief pending resolution of the motion to dismiss. Appellant objects that he is aggrieved because on appeal he wants this court to compel respondent to produce the documents.

17-11937

Having considered the arguments of the parties, we grant the motion to dismiss, and

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
       Jorge A. Lara-Vega
       Wright, Finlay & Zak, LLP/Las Vegas
       Eighth District Court Clerk

---

[1]We deny as moot respondent's motions for an extension of time to file the answering brief.